UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 20-11753-JFW(JEMx)**                                   Date: September 28, 2021

Title:     Berenice Chavez -v- Walmart Inc., et al.

---

**PRESENT:**

      HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**    **ATTORNEYS PRESENT FOR DEFENDANTS:**
None    None

**PROCEEDINGS (IN CHAMBERS):**    ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE COURT'S ORDERS

In the Court's February 12, 2021 Order (Docket No. 15)), the Court set July 1, 2021 as the last day to conduct a mediation and July 6, 2021 as the last day to file a mediation report. The parties have violated the Court's Scheduling and Case Management Order (Docket No. 11) ("CMO") and the Court's February 12, 2021 Order by failing to complete the mediation by the Court ordered deadline of July 1, 2021 and failing to file a mediation report by July 6, 2021.

Accordingly, the parties are ordered to show cause, in writing, by September 30, 2021, why the Court should not impose sanctions in the amount of $2,500.00 against lead counsel for each of the parties and remand or dismiss this action for their violation of the Court's CMO and the Court's February 12, 2021 Order. No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the imposition of sanctions and the remand of this action.

IT IS SO ORDERED.

Initials of Deputy Clerk  sr