JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -- GENERAL

Case No.     **CV 20-11753-JFW(JEMx)**                              Date:  September 29, 2021

Title:       Berenice Chavez -v- Walmart Inc., et al.

---

**PRESENT:**

    **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**              **ATTORNEYS PRESENT FOR DEFENDANTS:**
    None                                                          None

**PROCEEDINGS (IN CHAMBERS):**     **ORDER OF DISMISSAL**

    In the Notice of Settlement and Vacate Further Hearings and Deadlines, filed on September 28, 2021 (Docket No. 18), Plaintiff Berenice Chavez represents that the parties have settled this action.  As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before October 29, 2021.  The Court will retain jurisdiction for the sole purpose of enforcing the settlement until October 29, 2021.  Thereafter, absent further order of the Court, the dismissal of this action will be with prejudice.  All dates in this action, including the trial date are vacated.

    IT IS SO ORDERED.